**DISMISS and Opinion Filed April 22, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00448-CR**

**RAYMOND LLOYD BULL, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-84497-2019**

## MEMORANDUM OPINION

Before Justices Whitehill, Osborne, and Carlyle
Opinion by Justice Whitehill

On February 14, 2020, a jury found Raymond Lloyd Bull guilty of possession of a controlled substance. He filed his notice of appeal on March 10, 2020, twenty-four days before the trial court assessed punishment, in accordance with a plea bargain agreement, at five years in prison, probated for three years. After reviewing the judgment, appellant's notice of appeal, and the plea bargain agreement, we notified the parties that we had concerns regarding the Court's jurisdiction. Specifically, we noted that the plea bargain agreement signed after the jury found appellant guilty states, among other things, "Waive all appeals." The trial court's

certification of appellant's right to appeal likewise states this case is "a plea-bargain case, and the defendant has NO right to appeal" and "the defendant has waived the right of appeal." TEX. R. APP. P. 25.2(a)(2), (d); *Jones v. State*, 488 S.W.3d 801, 805 (Tex. Crim. App. 2016).

In response, both appellant and the State filed jurisdictional letter briefs confirming that appellant waived his right to appeal and that we lack jurisdiction. Under these circumstances, we dismiss appellant's appeal for want of jurisdiction. *Jones*, 488 S.W.3d at 808.

/Bill Whitehill/

BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200448F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RAYMOND LLOYD BULL,
Appellant

No. 05-20-00448-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-84497-
2019.
Opinion delivered by Justice
Whitehill. Justices Osborne and
Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered April 22, 2020